# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11667-AMC |
| Abina A. Duncan | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on April 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 20, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

**American First Finance**
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

**Concora Credit**
Attn: Bankruptcy
14600 Nw Greenbrier Pkwy
Beaverton, OR 97006-5745

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Emergency Physician Associates of South Jersey, PC**
P.O. Box 1123
Minneapolis, MN 55440

**Genesis FS Card Services**
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, LLC**
Attn: Bankruptcy
P.O. Box 7999
Saint Cloud, MN 56302-9617

**Jefferson Health**
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Merrick Bank**
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

**Mission Lane, LLC**
Po Box 105286
Atlanta, GA 30348

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**New Jersey Turnpike Authority**
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095

**Penfed Cu**
Attn: Bankruptcy
P.O.Box 1432
Alexandria, VA 22313-2032

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Quantum3 Group LLC as agent for Comenity Capital Bank**
PO Box 788
Kirkland, WA 98083-0788

**Select Portfolio Servicing, Inc**
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

**Springlf Fin**
Po Box 1010
Evansville, IN 47706

**Wells Fargo Jewelry Advantage**
Attn: Bankruptcy
POB 10438 MAC F8235-02F
Des Moines, IA 50306