Voucher #: 3051431 Sort Order: 1

Abina A. Duncan

Soliant Health LLC - K - 12 (1)

| | | | |
|---|---|---|---|
| SSN# XXX-XX-3475 | Period Start Date 03-23-2026 | Check Date | 04-03-2026 **Federal Filing Status** SS/Single |
| EMP# ▇ | Period End Date 03-29-2026 | Check Number | 1896045 **State Filing Status** NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | Hrs Worked |
|---|---|---|---|---|---|
| 03-23-2026 | REGULAR PAY | 68.0000 | 7.00 | 476.00 | 7.00 |
| 03-24-2026 | REGULAR PAY | 68.0000 | 7.00 | 476.00 | 7.00 |
| 03-25-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 03-26-2026 | REGULAR PAY | 68.0000 | 6.50 | 442.00 | 6.50 |
| | | | 28.00 | 1,904.00 | 28.00 |

**Gross Wages $1,904.00**

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| UHC STANDARD | 75.30 | 1054.20 |
| DENTAL HIGH | 7.86 | 110.04 |
| VOL STD | 3.88 | 54.32 |
| HOSPITAL IND | 2.88 | 40.32 |
| VISION HIGH | 2.82 | 39.48 |
| VOL LIFE | 0.70 | 9.80 |
| FEDERAL TAX | 220.54 | 3160.73 |
| MEDICARE | 26.36 | 349.34 |
| SOC SECURITY | 112.72 | 1493.72 |
| DE INCOME TAX | 96.32 | 1306.47 |
| WILMINGTON,NEW | 22.73 | 301.19 |
| PHILADELPHIA,PA | 71.21 | 946.10 |
| **TOTAL** | **643.32** | **8,865.71** |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28945 | CHECKING | 1,260.68 |
| TOTAL DEPOSITED | | $1,260.68 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,260.68 |
| NET WAGES | $1,260.68 |
| TOTAL NET PAY | $1,260.68 |
| TOTAL NET PAY YTD | $16,430.29 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 372.00 | 25296.00 |
| TOTAL | 372.00 | $25,296.00 |

## Paid Time Off

| Description | Accrued | Used | Balance |
|---|---|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Service Provider: Soliant Health, LLC., 5550 Peachtree Pkwy #500, Norcross, GA 30092, 800-849-5502

Soliant Health LLC

Check No. 1896045
Pay Date 04-03-2026

Soliant Health, LLC.
5550 Peachtree Pkwy #500
Norcross, GA 30092

**PAY** Non-negotiable

$0.00

TO THE
ORDER
OF

Abina A. Duncan
501 N. Columbus Blvd.
1232

*** *Non-Negotiable* ***

Voucher #: 3030816 Sort Order: 1

Abina A. Duncan                                                                Soliant Health LLC - K - 12 (1)

| SSN# XXX-XX-3475 | Period Start Date | 03-09-2026 | Check Date | 03-20-2026 | Federal Filing Status | SS/Single |
| EMP# ███ | Period End Date | 03-15-2026 | Check Number | 1880962 | State Filing Status | NONE/NONE |

| Earnings - Current | | | | | | Deductions / Taxes | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | Hrs Worked | Description | Amount | YTD |
| 03-09-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 | UHC STANDARD | 75.30 | 903.60 |
| 03-10-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 | DENTAL HIGH | 7.86 | 94.32 |
| 03-11-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 | VOL STD | 3.88 | 46.56 |
| 03-12-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 | HOSPITAL IND | 2.88 | 34.56 |
| 03-13-2026 | REGULAR PAY | 68.0000 | 6.00 | 408.00 | 6.00 | VISION HIGH | 2.82 | 33.84 |
| | | | | | | VOL LIFE | 0.70 | 8.40 |
| | | | | | | FEDERAL TAX | 340.62 | 2575.09 |
| | | | | | | MEDICARE | 34.25 | 287.25 |
| | | | | | | SOC SECURITY | 146.44 | 1228.23 |
| | | | | | | DE INCOME TAX | 132.22 | 1071.20 |
| | | | | | | WILMINGTON,NEW | 29.53 | 247.66 |
| **Gross Wages $2,448.00** | | | 36.00 | 2,448.00 | 36.00 | PHILADELPHIA,PA | 91.56 | 779.52 |

| Direct Deposit Detail | | | Net Pay Distribution | |
| --- | --- | --- | --- | --- |
| Account | Type | Amount | Type | Amount |
| 28945 | CHECKING | 1,579.94 | CHECK | $0.00 |
| | | | DIRECT DEPOSIT | $1,579.94 |
| | | | NET WAGES | $1,579.94 |
| | | | TOTAL NET PAY | $1,579.94 |
| TOTAL DEPOSITED | | $1,579.94 | TOTAL NET PAY YTD | $13,531.77 |

| | | | TOTAL | 868.06 | 7,310.23 |

| Earnings - Year To Date | | | Paid Time Off | | | | Employer Contributions | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Hours | YTD | Description | Accrued | Used | Balance | Description | Amount | YTD |
| REGULAR PAY | 306.50 | 20842.00 | | | | | | | |
| TOTAL | 306.50 | $20,842.00 | | | | | TOTAL | 0.00 | 0.00 |

Service Provider: Soliant Health, LLC., 5550 Peachtree Pkwy #500, Norcross, GA 30092, 800-849-5502

Soliant Health LLC                                                Check No. 1880962
                                                                  Pay Date 03-20-2026
Soliant Health, LLC.
5550 Peachtree Pkwy #500
Norcross, GA 30092


**PAY**  Non-negotiable                                                        $0.00


**TO THE
ORDER
OF**                                             *** *Non-Negotiable* ***

**Abina A. Duncan
501 N. Columbus Blvd.
1232**

Voucher #: 3014995 Sort Order: 2

Abina A. Duncan

Soliant Health LLC - K - 12 (1)

**SSN#** XXX-XX-3475   **Period Start Date** 03-02-2026   **Check Date** 03-13-2026 **Federal Filing Status** SS/Single
**EMP#** ▮▮▮▮   **Period End Date** 03-08-2026   **Check Number** 1871605 **State Filing Status** NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | Hrs Worked |
|------|-----------------|----------|------------------|------------|------------|
| 03-03-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 03-04-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 03-06-2026 | REGULAR PAY | 68.0000 | 3.50 | 238.00 | 3.50 |

**Gross Wages $1,258.00**    18.50    1,258.00  18.50

## Deductions / Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| UHC STANDARD | 75.30 | 828.30 |
| DENTAL HIGH | 7.86 | 86.46 |
| VOL STD | 3.88 | 42.68 |
| HOSPITAL IND | 2.88 | 31.68 |
| VISION HIGH | 2.82 | 31.02 |
| VOL LIFE | 0.70 | 7.70 |
| FEDERAL TAX | 89.10 | 2234.47 |
| MEDICARE | 17.00 | 253.00 |
| SOC SECURITY | 72.67 | 1081.79 |
| DE INCOME TAX | 54.15 | 938.98 |
| WILMINGTON,NEW | 14.65 | 218.13 |
| PHILADELPHIA,PA | 47.05 | 687.96 |

## Direct Deposit Detail

| Account | Type | Amount |
|---------|------|--------|
| 28945 | CHECKING | 869.94 |

**TOTAL DEPOSITED**    **$869.94**

## Net Pay Distribution

| Type | Amount |
|------|--------|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $869.94 |
| NET WAGES | $869.94 |
| TOTAL NET PAY | $869.94 |
| TOTAL NET PAY YTD | $11,951.83 |

**TOTAL**    388.06    6,442.17

## Earnings - Year To Date

| Description | Hours | YTD |
|-------------|-------|-----|
| REGULAR PAY | 270.50 | 18394.00 |

**TOTAL**    270.50    $18,394.00

## Paid Time Off

| Description | Accrued | Used | Balance |
|-------------|---------|------|---------|

## Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|

**TOTAL**    0.00    0.00

Service Provider: Soliant Health, LLC., 5550 Peachtree Pkwy #500, Norcross, GA 30092, 800-849-5502

Soliant Health LLC

Check No. 1871605
Pay Date 03-13-2026

Soliant Health, LLC.
5550 Peachtree Pkwy #500
Norcross, GA 30092

**PAY** Non-negotiable

$0.00

**TO THE
ORDER
OF**

Abina A. Duncan
501 N. Columbus Blvd.
1232

*** *Non-Negotiable* ***

Voucher #: 2994257 Sort Order: 3

Abina A. Duncan

Soliant Health LLC - K - 12 (1)

**SSN#** XXX-XX-3475
**Period Start Date** 02-23-2026  **Check Date**  03-06-2026 **Federal Filing Status** SS/Single
**EMP#** ▮▮▮▮
**Period End Date** 03-01-2026  **Check Number**  1860803 **State Filing Status** NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | Hrs Worked |
|------|-----------------|----------|------------------|------------|------------|
| 02-24-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-25-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-26-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-27-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| | | | 30.00 | 2,040.00 | 30.00 |

**Gross Wages $2,040.00**

## Deductions / Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| UHC STANDARD | 75.30 | 753.00 |
| DENTAL HIGH | 7.86 | 78.60 |
| VOL STD | 3.88 | 38.80 |
| HOSPITAL IND | 2.88 | 28.80 |
| VISION HIGH | 2.82 | 28.20 |
| VOL LIFE | 0.70 | 7.00 |
| FEDERAL TAX | 250.46 | 2145.37 |
| MEDICARE | 28.33 | 236.00 |
| SOC SECURITY | 121.14 | 1009.12 |
| DE INCOME TAX | 105.29 | 884.83 |
| WILMINGTON,NEW | 24.43 | 203.48 |
| PHILADELPHIA,PA | 76.30 | 640.91 |

## Direct Deposit Detail

| Account | Type | Amount |
|---------|------|--------|
| 28945 | CHECKING | 1,340.61 |
| TOTAL DEPOSITED | | $1,340.61 |

## Net Pay Distribution

| Type | Amount |
|------|--------|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,340.61 |
| NET WAGES | $1,340.61 |
| TOTAL NET PAY | $1,340.61 |
| TOTAL NET PAY YTD | $11,081.89 |

| TOTAL | 699.39 | 6,054.11 |

## Earnings - Year To Date

| Description | Hours | YTD |
|-------------|-------|-----|
| REGULAR PAY | 252.00 | 17136.00 |
| TOTAL | 252.00 | $17,136.00 |

## Paid Time Off

| Description | Accrued | Used | Balance |
|-------------|---------|------|---------|

## Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|
| TOTAL | 0.00 | 0.00 |

Service Provider: Soliant Health, LLC., 5550 Peachtree Pkwy #500, Norcross, GA 30092, 800-849-5502

Soliant Health LLC

Check No. 1860803
Pay Date 03-06-2026

Soliant Health, LLC.
5550 Peachtree Pkwy #500
Norcross, GA 30092

**PAY** Non-negotiable

$0.00

**TO THE ORDER OF**

Abina A. Duncan
501 N. Columbus Blvd.
1232

*** Non-Negotiable ***

Voucher #: 2979652 Sort Order: 4

Abina A. Duncan

Soliant Health LLC - K - 12 (1)

| | | | | | |
|---|---|---|---|---|
| **SSN#** XXX-XX-3475 | **Period Start Date** 02-16-2026 | **Check Date** | 02-27-2026 | **Federal Filing Status** SS/Single |
| **EMP#** ■ | **Period End Date** 02-22-2026 | **Check Number** | 1849844 | **State Filing Status** NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | Hrs Worked |
|---|---|---|---|---|---|
| 02-17-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-18-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-19-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-20-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |

**Gross Wages $2,040.00**          30.00    2,040.00 30.00

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| UHC STANDARD | 75.30 | 677.70 |
| DENTAL HIGH | 7.86 | 70.74 |
| VOL STD | 3.88 | 34.92 |
| HOSPITAL IND | 2.88 | 25.92 |
| VISION HIGH | 2.82 | 25.38 |
| VOL LIFE | 0.70 | 6.30 |
| FEDERAL TAX | 250.46 | 1894.91 |
| MEDICARE | 28.33 | 207.67 |
| SOC SECURITY | 121.15 | 887.98 |
| DE INCOME TAX | 105.29 | 779.54 |
| WILMINGTON,NEW | 24.43 | 179.05 |
| PHILADELPHIA,PA | 76.30 | 564.61 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28945 | CHECKING | 1,340.60 |
| **TOTAL DEPOSITED** | | **$1,340.60** |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,340.60 |
| NET WAGES | $1,340.60 |
| TOTAL NET PAY | $1,340.60 |
| TOTAL NET PAY YTD | $9,741.28 |

**TOTAL**          699.40      5,354.72

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 222.00 | 15096.00 |
| **TOTAL** | **222.00** | **$15,096.00** |

### Paid Time Off

| Description | Accrued | Used | Balance |
|---|---|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

Service Provider: Soliant Health, LLC., 5550 Peachtree Pkwy #500, Norcross, GA 30092, 800-849-5502

Soliant Health LLC

Check No. 1849844
Pay Date 02-27-2026

Soliant Health, LLC.
5550 Peachtree Pkwy #500
Norcross, GA 30092

**PAY**  Non-negotiable                                                      $0.00

**TO THE
ORDER
OF**

*** *Non-Negotiable* ***

**Abina A. Duncan
501 N. Columbus Blvd.
1232**

Voucher #: 2972927 Sort Order: 5

Abina A. Duncan

Soliant Health LLC - K - 12 (1)

| SSN# | XXX-XX-3475 | Period Start Date | 02-09-2026 | Check Date | 02-20-2026 | Federal Filing Status | SS/Single |
|---|---|---|---|---|---|---|---|
| EMP# | ▮ | Period End Date | 02-15-2026 | Check Number | 1843215 | State Filing Status | NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | Hrs Worked |
|---|---|---|---|---|---|
| 02-09-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-10-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-11-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| 02-12-2026 | REGULAR PAY | 68.0000 | 4.50 | 306.00 | 4.50 |
| 02-13-2026 | REGULAR PAY | 68.0000 | 7.50 | 510.00 | 7.50 |
| | | | 34.50 | 2,346.00 | 34.50 |

**Gross Wages $2,346.00**

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| UHC STANDARD | 75.30 | 602.40 |
| DENTAL HIGH | 7.86 | 62.88 |
| VOL STD | 3.88 | 31.04 |
| HOSPITAL IND | 2.88 | 23.04 |
| VISION HIGH | 2.82 | 22.56 |
| VOL LIFE | 0.70 | 5.60 |
| FEDERAL TAX | 317.78 | 1644.45 |
| MEDICARE | 32.77 | 179.34 |
| SOC SECURITY | 140.13 | 766.83 |
| DE INCOME TAX | 125.49 | 674.25 |
| WILMINGTON,NEW | 28.25 | 154.62 |
| PHILADELPHIA,PA | 87.74 | 488.31 |
| TOTAL | 825.60 | 4,655.32 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28945 | CHECKING | 1,520.40 |
| TOTAL DEPOSITED | | $1,520.40 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,520.40 |
| NET WAGES | $1,520.40 |
| TOTAL NET PAY | $1,520.40 |
| TOTAL NET PAY YTD | $8,400.68 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 192.00 | 13056.00 |
| TOTAL | 192.00 | $13,056.00 |

### Paid Time Off

| Description | Accrued | Used | Balance |
|---|---|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Service Provider: Soliant Health, LLC., 5550 Peachtree Pkwy #500, Norcross, GA 30092, 800-849-5502

Soliant Health LLC

Check No. 1843215
Pay Date 02-20-2026

Soliant Health, LLC.
5550 Peachtree Pkwy #500
Norcross, GA 30092

**PAY** Non-negotiable                                          $0.00

TO THE
ORDER
OF

Abina A. Duncan
501 N. Columbus Blvd.
1232

*** *Non-Negotiable* ***