## UNITED STATES BANKRUPTCY COURT

**IN RE:**

Abina A. Duncan

**CHAPTER:** 13

**Debtor(s)** | **CASE NO.** 26-11667

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Abina A. Duncan_, hereby certify that I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**, from April 3, 2026, through the filing of the voluntary petition on April 20, 2026. I further certify that I received no payment advices during that period because I was unemployed.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: June 19, 2026

Abina Duncan (Jun 19, 2026 13:45:37 EDT)

Debtor