**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Abina A. Duncan, Chapter 13

Debtor Case No.26-11667

## PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:

501 N. Columbus Boulevard
Apt. 1232
Philadelphia, PA 19123

**New Address:**

4497 Starlit Lane
Richland, WA 99352

Date: August 31, 2026

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik

Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: cibik@cibiklaw.com