**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Abina A. Duncan,**<br>**Debtor .**<br>**Select Portfolio Servicing, Inc.,**<br><br>**Movant,**<br>**v.**<br>**Abina A. Duncan,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 26-11667-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: November 17, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street, Suite 204 Philadelphia, PA 19107**<br>**Courtroom Number #4** |

**MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY OF SELECT PORTFOLIO SERVICING, INC. TO PERMIT FORECLOSURE OF 28 PINE STRETT, MOORSETOWN NEW JERSEY 08057**

Select Portfolio Servicing, Inc. ("Movant" or "Secured Creditor"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Abina A. Duncan, ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on April 20, 2026.
2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.
3. On April 6, 2023, Abina Duncan executed and delivered a Promissory Note ("Note") and

Mortgage ("Mortgage") securing payment of the Note in the amount of $308,000.00 in favor of American Neighborhood Mortgage Acceptance Company LLC., a Limited Company. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded April 11, 2023 in Instrument Number 5823963 of the Public Records of Burlington County, NJ. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 28 Pine Street, Moorestown, New Jersey 08057, (the "Property").

6. The loan was last assigned to Select Portfolio Servicing, Inc. and same recorded with the Burlington County Recorder of Deeds on October 30, 2025, in Instrument Number 5987090. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

7. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf.

8. Based upon the Debtor(s)' Second Amended Chapter 13 Plan (Docket No.22), the Debtor intends to cure Movant's pre-petition arrearages within the Chapter 13 Plan and remains responsible for maintaining post-petition payments directly to Movant. A true and correct copy of the Second Amended Chapter 13 Plan is attached hereto as Exhibit "D."

9. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $2,620.97 which came due on May 1, 2026, through September 1, 2026. see Exhibit "E".

10. Thus, Debtor(s)' post-petition arrears total $13,104.85 through September 2026. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the period alleged above. *See* Exhibit "E".

11. As of September 16, 2026, the unpaid principal balance due under the loan documents is $307,323.70. Movant's total claim amount, itemized below, is $336,059.96. *See* Exhibit "F".

| | |
|---|---|
| Principal Balance | $307,323.70 |
| Interest (09/01/25-09/16/26) | $20,239.40 |
| Escrow Advance | $6,531.66 |
| Total-Fees | $135.20 |
| Recoverable Balance | $1,830.00 |
| Total Payoff | $336,059.96 |

12. Debtor(s)' docketed schedules list the value of the Property as $290,160.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.
17. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Select Portfolio Servicing, Inc. to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: 10/30/2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Abina A. Duncan** | **CHAPTER: 13** |
| **Debtor(s)** | **CASE NO. 26-11667-amc** |

**DECLARATION OF INDEBTEDNESS**

Property Address:
28 Pine Street, Moorestown, New Jersey 08057

Mortgage Servicer:
Select Portfolio Servicing, Inc.

Post-petition mailing address for Debtor(s) to send payment:
Select Portfolio Servicing, Inc.
ATTN: Remittance Processing
P.O. Box 65450
Salt Lake City UT 84165-0450

Mortgagor(s)/Debtor(s):
Abina A. Duncan (Debtor)

Payments are contractually due:

☒ Monthly ☐ Semi-monthly ☐ Bi-weekly ☐ Other

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest..... | $1944.74 |
| R.E. Taxes...................... | $676.23 |
| Insurance........................ | Included in R.E. Taxes |
| Late Charge.................... | $0.00 |
| Other.............................. | $0.00 (Specify: N/A) |
| **TOTAL**........................ | $2,620.97 |

**POST-PETITION PAYMENTS** (Petition was filed on April 20, 2026)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| **05/01/2026 DUE** | $0.00 | $2,620.97 | - N/A | - N/A | N/A |
| **06/01/2026 DUE** | $0.00 | $2,620.97 | - N/A | - N/A | N/A |
| **07/01/2026 DUE** | $0.00 | $2,620.97 | - N/A | - N/A | N/A |
| **08/01/2026 DUE** | $0.00 | $2,620.97 | - N/A | - N/A | N/A |
| **09/01/2026 DUE** | $0.00 | $2,620.97 | - N/A | - N/A | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: (5) as of September 16, 2026.

TOTAL AMOUNT OF POST-PETITION ARREARS: $13,104.85 as of September 16, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have examined the information in the foregoing, and have a reasonable belief that the information contained herein is true and correct.

Dated: October 19, 2026

Select Portfolio Servicing, Inc.

Mortgage Company
**Select Portfolio Servicing, Inc.**
3217 S. Decker Lake Drive
Salt Lake City, Utah 84119

Doreen Luamanuvae Doc. Control Officer
(Print Name and Title)

Salt Lake County
Doreen Luamanuvae 10/19/26
Location Signature

26-11667-amc
RAS#25-352626
MFR