**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Abina A. Duncan,**<br>**Debtor .**<br>**Select Portfolio Servicing, Inc.,**<br><br>**Movant,**<br>**v.**<br>**Abina A. Duncan,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 26-11667-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: November 17, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street, Suite 204 Philadelphia, PA 19107**<br>**Courtroom Number #4** |

**CERTIFICATE OF SERVICE**

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 30, 2026, I caused to be served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties on the below Service List via CM/ECF and/or electronic mail, and/or First Class Mail, postage prepaid, as indicated.

**Service List:**

Debtor
Abina A. Duncan
4497 Starlit Lane
Richland, WA 99352

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date:10/30/2026

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorneys for Movant
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com